

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00181-CV

| | | |
|---|---|---|
| Edosomwan Osa | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2015-002204-3) |
| v. | § | April 12, 2018 |
| Neill Investments, LLC | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Neill Investments, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman